RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, Alaska   99559
Phone:  907-543-7891
Fax:  907-543-1924

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case no. A 06 - 155 Civil <br> RRB |

### COMPLAINT

COMES NOW Plaintiff Pauline Bowers, and for her cause of action against the United States of America states as follows:

### I. Jurisdiction

1. At all times relevant hereto, Pauline Bowers was a resident of Nuiqsut, Alaska, in the District of Alaska.

2. This cause of action arises under the Federal Tort Claims Act 28 U.S.C. sec. 1346, 2401, and 2671 et seq.

3. At all times relevant hereto, Dr. Neil Murphy, M.D., was an employee or agent of the United States of America.

4.  At all times relevant hereto, the Alaska Native Medical Center was an agent of the United States of America.

5.  Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

6.  More than six months ago, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. Since that agency has failed to make a final disposition of the claim within that time period, plaintiff deems such failure to be a denial of her claim pursuant to 28 U.S.C. sec 2675.

7.  Based on paragraphs 1-6 above, this court has jurisdiction over the claims asserted herein.

## II.  Facts

8.  On or about January 27, 2005, Pauline Bowers was a patient at Alaska Native Medical Center.

9.  Pauline Bowers was at Alaska Native Medical Center to have a child. In the course of having a child, the doctors deemed it necessary to perform a cesarean delivery.

10. During the course of the cesarean surgery, Dr. Neil J. Murphy or others in attendance left a sponge in Pauline Bowers' body.

2

11. Pauline Bowers has suffered and continues to suffer severe pain, stomach discomfort, nausea, difficulty eating, lethargy, and ill health.

12. On November 20, 2005, Miss Bowers was seen at the Samuel Simmonds Memorial Hospital in Barrow, Alaska. After x-rays were taken, it was discovered that a sponge was left in her abdomen.

13. On November 23, 2005, Miss Bowers went in for surgery where the sponge was removed from her body.

### III. Allegation of Negligence

14. Plaintiff incorporates the allegations set forth in Paragraph 1-13.

15. Agents and/or employees of the Alaska Native Medical Center failed to exercise the degree of care ordinarily exercised under the circumstances by health care providers in their field or specialty by leaving a sponge in her body.

16. The negligent care and conduct of employees and/or agents of the Alaska Native Medical Center was a direct and proximate cause of Miss Bowers' injuries.

WHEREFORE, plaintiff Pauline Bowers prays for relief as follows:

1. Past and future pain and suffering.
2. Past and future medical expenses.

3.  Past and future lost earning capacity.

4.  Any other relief courts deems just and proper.

DATED this 19th day of June, 2006, at Bethel, Alaska.

                                        LAW OFFICES OF DAVID HENDERSON
                                      Attorney for the Plaintiff

                                      David Henderson   #9806014

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

4