UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

RECEIVED JUN 3 0 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

PAULINE BOWERS, )
)
    Plaintiff, )
) Case no.
vs. ) 3.06-CV-00155 RRB
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

## CERTIFICATE OF SERVICE

Donald Bailey, certifies that he is an authorized agent of Law Offices of David Henderson for the service of papers. On June 29, 2006, I certify that I served by hand delivery the follow documents:

    Documents:    SUMMONS AND COMPLAINT

    Persons served:    U.S. ATTORNEY
    FEDERAL BUILDING, U.S. COURTHOUSE
    222 W. 7th AVENUE  #9  ROOM 253
    ANCHORAGE, ALASKA   99513-7567

DATED this 30 day of June, 2006, at Anchorage, Alaska.

LAW OFFICES OF DAVID HENDERSON

By: _____
Donald Bailey

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924