UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

RECEIVED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

PAULINE BOWERS,            )
                           )
        Plaintiff,         )
                           )   Case no.
    vs.                    )   3:06-CV-00155 RRB
                           )
UNITED STATES OF AMERICA,  )
                           )
        Defendant.         )
_____)

**CERTIFICATE OF SERVICE BY EXPRESS MAIL**

Elsie Jennings, certifies that she is an authorized agent of Law Offices of David Henderson for the service of papers. On July 13, 2006, I certify that I verified the following documents were delivered:

    Documents:    SUMMONS AND COMPLAINT

    Persons served:    ALBERTO GONZALES
                              ATTORNEY GENERAL
                              U.S. DEPT. OF JUSTICE
                              950 PENNSYLVANIA AVENUE, NW
                              WASHINGTON, DC   20530-0001

The proof of service by express mail receipt, tracking #ED637720815US, from the U.S. Postal Service regarding the above-entitled documents, copies of which is hereby attached as further proof of service.

DATED this 13th day of July, 2006, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

1

LAW OFFICES OF DAVID HENDERSON

By: _____
Elsie Jennings, Legal Secretary

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

2