

**RECEIVED**
JUL 17 2006

Home | Help

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **ED63 7720 815U S**
Status: **Delivered**

Your item was delivered at 4:54 am on July 03, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU. The item was signed for by M PARRIS.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy