**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code: 99520 | Day of Delivery: ☒ 2nd | Postage: $14.40 |
| Date Accepted: 06/30/06 | Scheduled Date of Delivery: Month 07 Day 03 | Return Receipt Fee: |
| Time Accepted: 14:36 PM | Scheduled Time of Delivery: ☒ 3 PM  Military | COD Fee / Insurance Fee |
| Flat Rate or Weight: 2 lbs. 30 ozs. | 2nd Day / 3rd Day  Int'l Alpha Country Code | Total Postage & Fees: $14.40  Acceptance Emp. Initials |

ED 637720815 US

FROM: (PLEASE PRINT) PHONE ( 907 ) 543-7891
Law Office of David Henderson
P.O. Box 2441
Bethel, AK, 99559

TO: (PLEASE PRINT)
Alberto Gonzales
Attorney General
Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

ZIP+4: 20530+0001

Pauline Bowers

DELIVERY (POSTAL USE ONLY)

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

---

EASTCHESTER STATION
ANCHORAGE, Alaska
995209998
0203150507-0095
06/30/2006 (800)275-8777 03:37:29 PM

=== Sales Receipt ===
Product          Sale Unit   Final
Description      Qty  Price  Price
----------------------------------
WASHINGTON DC                $14.40
20530-0001 Express
Mail PO-ADD
2.30 oz.
Label #:
ED637720815US
2nd Delivery Day 3PM
/ Normal Delivery

Issue PVI:                   $14.40

Total:                       $14.40

Paid by:
Visa                         $14.40
Account #: XXXXXXXXXXXX3991
Approval #: 030981
Transaction #: 242
2390282002G

Bill#:100050001842B
Clerk:01

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

P. Bowers

**RECEIVED**

JUL 17 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA