NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** |

　　　The parties, via their undersigned counsel, stipulate and agree that the

United States of America shall have an extension until September 12, 2006, to

answer or otherwise respond to the complaint in this matter.

Dated: 8/25/06

LAW OFFICES OF DAVID HENDERSON
Attorney for Plaintiff

David Henderson
P.O. Box 2441
Bethel, AK 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

Dated: August 25, 2006

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov