IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| PAULINE BOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**[PROPOSED] ORDER** |
|---|---|

　　　The parties stipulation that the United States of America shall have an extension until September 12, 2006 to answer or otherwise respond to the complaint in this matter is hereby GRANTED.

Dated:  _____　　　　　_____

　　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge