IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS, | Case No. 3:06-cv-00155-RRB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties stipulation that the United States of America shall have an

extension until September 12, 2006 to answer or otherwise respond to the

complaint in this matter is hereby GRANTED.

Dated: _8/25/06_                    _/s/ RRB_

Ralph R. Beistline
U.S. District Court Judge