NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a telephonic meeting was

held on October 12, 2006 and was attended by:

> David Henderson, attorney for the plaintiff.
>
> Gary Guarino, attorney for defendant.

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☒ will be exchanged by the parties by **November 30, 2006**.

Proposed changes to disclosure requirements: *(insert proposed changes, if any)*

Preliminary witness lists

☐ have been exchanged by the parties

☒ will be exchanged by the parties by **November 30, 2006**.

Proposed changes to disclosure requirements: *(insert proposed changes, if any)*

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

  * Whether the health care providers at the ANMC breached the applicable standards of care in the treatment provided to Plaintiff, as alleged in the Complaint.

    \*    Whether any negligence of the Defendant was a legal cause of injury and damages to Plaintiff.

    \*    The nature and extent of any injuries and damages to Plaintiff.

4.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

    \*    Plaintiff's medical history and health condition as it relates to the alleged events and claims in this case.

    \*    The contested issues identified in Paragraph 3 above.

    \*    Medical expert discovery on the liability and damages issues.

    B.    All discovery commenced in time to be completed by **June 29, 2007**.

    C.    Limitations on Discovery

        1.    Interrogatories.

            ☒    No change from F.R.Civ.P. 33(a)

            ☐    Maximum of (***number***) Interrogatories by each party to any other party.  Responses due in (***number***) days.

        2.    Requests for Admissions.

            ☐    No change from F.R.Civ.P. 36(a).

  ☒  Maximum of **30** requests.

    Responses due in (***number***) days.

 3. Depositions.

  ☒  No change from F.R.Civ.P. 30.

  ☐  Maximum of (***number***) depositions by each party.

  ☐  Depositions not to exceed (***number***) hours unless extended by agreement of all parties.

D. Reports from retained experts.

 ☐ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

☒ Reports due:

 From plaintiff **April 28, 2007** From defendant **April 28, 2007**

E. Supplementation of disclosures and discovery responses are to be made:

  ☐ Periodically at 60-day intervals from the entry of scheduling and planning order.

  ☒ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

☐ 45 days prior to the close of discovery.

☒ Not later than **April 28, 2007**.

5. **Pretrial Motions**.

☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). **[Check and complete all that apply]**

☒ Motions to amend pleadings or add parties to be filed not later than **December 15, 2006**.

☒ Motions under the discovery rules must be filed not later than **July 27, 2007**.

☒ Motions in limine and dispositive motions must be filed not later than **July 27, 2007**.

6. **Other Provisions**:

A. ☒ The parties do not request a conference with the court before entry of the scheduling order.

   ☐ The parties request a scheduling conference with the court on the following issue(s): ***(insert issues on which a conference is requested)***

 B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ☐ This matter is not considered a candidate for court-annexed alternative

   ☒ The parties will file any request for alternative dispute resolution not later than **July 27, 2007**.

   ☐ Mediation ☐ Early Neutral Evaluation

 C. The parties ☐ do ☒ do not consent to trial before a magistrate judge.

 D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

  ☐ All parties have complied  ☒ Compliance not required by any party

7. **Trial**.

 A. The matter will be ready for trial:

   ☒ 45 days after the discovery close date.

   ☐ not later than **(*date*)**.

 B. The matter is expected to take **3 days** to try.

    C.    Jury Demanded: ☐ Yes ☒ No

        Right to jury disputed?  ☐ YES   ☐ NO

Dated: October 17, 2006    LAW OFFICES OF DAVID HENDERSON

                                        s/ DAVID HENDERSON ( consent)
                                        Attorney for Plaintiff

Dated: October 17, 2006    NELSON P. COHEN
                                        United States Attorney

                                        s/ Gary M. Guarino
                                        Attorney for Defendant United States
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-2344
                                        E-mail: gary.guarino@usdoj.gov
                                        AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2006,
a copy of the foregoing SCHEDULING
AND PLANNING CONFERENCE REPORT
was served via U.S. mail on:


David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, AK 99559


s/ Gary M. Guarino