NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES** |

  The Plaintiff and Defendant, via their undersigned counsel, stipulate and agree to extend the dates for final witness lists, expert reports, and the close of discovery.  This stipulation has been entered because the Plaintiff is in the process of undergoing tests and evaluations by the parties' respective experts and the parties will need additional time to obtain and review the test results and expert

reports before completing discovery in this matter. The proposed revised dates are as follows:

      June 18, 2007        Final Witness Lists

      July 16, 2007         Expert Reports

      August 24, 2007     Close of Discovery

Respectfully submitted this 4th day of May, 2007, in Anchorage, Alaska.

Dated: May 4, 2007                LAW OFFICES OF DAVID HENDERSON
                                         Attorney for Plaintiff

                                         s/David Henderson
                                         David Henderson
                                         P.O. Box 2441
                                         Bethel, AK 99559
                                         Phone: (907) 543-7891
                                         Fax: (907) 543-1924

Dated: May 4, 2007                NELSON P. COHEN
                                         United States Attorney

                                         s/Gary M. Guarino
                                         Assistant U.S. Attorney
                                         222 West 7th Ave., #9, Rm. 253
                                         Anchorage, AK 99513-7567
                                         Phone: (907) 271-5071
                                         Fax: (907) 271-2344
                                         E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2007,
a copy of the foregoing **Stipulation for Extension of
Time for Pretrial Dates** was served via U.S. mail on:

David Henderson
LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, AK 99559

<u>s/ Gary M. Guarino</u>