IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:06-cv-00155-RRB<br><br>[~~PROPOS~~ED] ORDER |

Having reviewed said Stipulation For Extension of Time for Pretrial Dates,

IT IS HEREBY ORDERED that the following pretrial dates are extended as follows:

| | |
|---|---|
| June 18, 2007 | Final Witness Lists |
| July 16, 2007 | Expert Reports |
| August 24, 2007 | Close of Discovery |

Dated: 5/7/07

S/ RRB

Ralph R. Beistline
U.S. District Court Judge