1  David Henderson
   Law Offices of David Henderson
2  P.O. Box 2441
   Bethel, Alaska   99559
3  Phone:  907-543-7891
   Fax:    907-543-1924
4
5  Attorney for Plaintiff

RECEIVED
OCT 05 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case no. 3:06-CV-155 RRB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S REQUEST FOR TRIAL DATE SETTING CONFERENCE**

Plaintiff, by and through her counsel David Henderson, requests a trial date setting conference. Plaintiff believes that all discovery should be complete by the first week of November. There is no prospect of settlement, and there are no dispositive motions. Plaintiff asks that this be set on as soon as possible.

Dated this 3rd day of October 2007, at Bethel, Alaska.

Bowers vs. USA
Request for trial date setting conference
Case no. 3:06-CV-155 RRB

1

Case 3:06-cv-00155-RRB    Document 16    Filed 10/05/2007    Page 2 of 2



```
LAW OFFICES OF DAVID HENDERSON

BY: _____
David Henderson    #9806014
```

CERTIFICATION OF SERVICE
I hereby certify that on 10/3/07 the following document was served by first class to:

Gary Guarino
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK   99513-7567

_____
Elsie Jennings

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

Bowers vs. USA
Request for trial date setting conference
Case no. 3:06-CV-155 RRB

2