NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR TRIAL SETTING CONFERENCE** |

　　　　Defendant, via counsel, submits its non-opposition to Plaintiff's Request for Trial Date Setting Conference [Docket 16].  Defendant does not oppose the request for a trial setting conference.  Defendant agrees that the remaining discovery should be completed by November and there are no pending dispositive motions.  Defendant does not agree that there "is no prospect for settlement," however, any

further settlement discussions between the parties should not impede the completion of discovery or the scheduling of a trial setting conference.

Respectfully submitted this 10th day of October, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007,
a copy of the foregoing **DEFENDANT'S
NON-OPPOSITION TO PLAINTIFF'S REQUEST
FOR TRIAL SETTING CONFERENCE** was served
electronically on David Henderson.

s/ Gary M. Guarino