UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 PAULINE BOWERS   v.   USA 

DATE:   October 10, 2007      CASE NO.    3:06-CV-0155-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Pursuant to the parties' request, a trial setting conference will be held in this matter on **Thursday, October 25, 2007, at 8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

Parties and counsel needing to attend telephonically are to call Meet Me Bridge A, (907) 677-6246, at the time scheduled for the hearing.

M.O. SCHEDULING HEARING