MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

         PAULINE BOWERS          vs.            U.S.A.

BEFORE THE HONORABLE  RALPH R. BEISTLINE
CASE NO.              3:06-CV-00155-RRB

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    DAVID HENDERSON, TELEPHONIC

                DEFENDANT:    GARY M. GUARINO

PROCEEDINGS: TRIAL SCHEDULING CONFERENCE HELD 10/25/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:36 a.m. court convened.

Court and counsel heard re trial scheduling, trial briefs, witnesses, depositions and exhibits.

Court ordered the parties to file trial briefs on or before **December 14, 2007.**

Court ordered that a pretrial order will be issued to the parties by chambers.

Final Pretrial Conference set **January 10, 2008 at 9:00 a.m.**

Trial by Court set **January 14, 2008 at 8:30 a.m.**

At 8:46 a.m. court adjourned.

DATE:    October 25, 2007     DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07