NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**NOTICE REGARDING SETTLEMENT** |

      The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action.  A notice and stipulation for dismissal with prejudice will be filed after the parties have completed the settlement documents and proceedings.

Respectfully submitted this 7th day of December, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007,
a copy of the foregoing **Notice Regarding
Settlement** was served electronically
on David Henderson.

s/ Gary M. Guarino