NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:06-cv-00155-RRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims asserted or that could have been asserted by Plaintiff against the United States in this action should be dismissed with prejudice and with each party to bear their own costs, expenses, and attorney's fees.

Respectfully submitted this 30th day of January, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

Dated: January 30, 2008

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: gary.guarino@usdoj.gov
AK #8209092

Dated: January 30, 2008

s/David Henderson (consent)
Law Office of David Henderson
P.O. Box 2441
Bethel, AK 99559
Phone: (907) 543-7891
Fax: (907) 543-1924
Email: dh@henderson-law.com
Attorney for Plaintiff
AK # 9806014