IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULINE BOWERS,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:06-cv-00155-RRB<br><br>~~PROPOSED~~ [ORDER] TO<br>DISMISS WITH PREJUDICE |

The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

1/30/08
Date:

RALPH R. BEISTLINE
District Court Judge